UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA STUART ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SEATTLE POLICE DEPARTMENT; and UWAJIMAYA, INC.; UWAJIMAYA VILLAGE OWNERS ASSOCIATION; UWAJIMAYA VILLAGE, LLC; UWAJIMAYA REAL PROPERTIES, LLC; EQR UWAJIMAYA VILLAGE, LLC,<br><br>　　　　　　Defendants. | No. 2:17-cv-1187<br><br><br>KING COUNT SUPERIOR COURT CAUSE NO.  17-2-18380-6 SEA<br><br>NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a) |

TO:　THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE:

The City of Seattle on behalf of Defendant Seattle Police Department hereby gives notice that it is removing this case to the United States District Court for the Western District of Washington on the grounds set forth below.

NOTICE OF REMOVAL TO FEDERAL COURT UNDER
28 U.S.C. § 1441(a) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

## I.   SUMMARY OF STATE COURT PROCEEDINGS

1. On August 7, 2017, this action was filed by Plaintiff against Defendants Seattle Police Department, Uwajimaya, Inc., Uwajimaya Village Owners Association, Uwajimaya Village LLC, Uwajimaya Real Properties LLC, and EQR Uwajimaya Village, LLC, in King County Superior Court under Cause No. 17-2-18380-6 SEA (*See* Complaint attached to the Verification of State Court Records as **Exhibit 1;** and attached hereto as **Exhibit A**).

2. The matter was not assigned to a judge in King County Superior Court.

3. The Case Information Cover Sheet and Area Designation filed by plaintiff on July 11, 2017. (**Exhibit 2** to the Verification of State Court Records).

4. Plaintiff also filed a "Declaration" in support of her Complaint (**Exhibit 3** to the Verification of State Court Records; and attached hereto as **Exhibit B**).

5. Defendants Uwajimaya, Inc.; Uwajimaya Village Owners Association; Uwajimaya Village, LLC; Uwajimaya Real Properties, LLC; EQR Uwajimaya Village, LLC (collectively "Uwajimaya Defendants") were served by the King County Sheriff's Office on July 12, 2017. (**Exhibits 4-7, 9** to the Verification of State Court Records).

6. Defendant Seattle Police Department was served by the King County Sheriff's Office on July 17, 2017. (**Exhibit 10** to the Verification of State Court Records).

7. Mr. Steven Wraith of Lee Smart appeared on behalf of Uwajimaya Defendants on July 14, 2017. (**Exhibit 8** to the Verification of State Court Records).

8. Mr. Dan'L W. Bridges appeared on behalf of Defendant EQR Uwajimaya Village, LLC on August 1, 2017. (**Exhibit 11** to the Verification of State Court Records).

NOTICE OF REMOVAL TO FEDERAL COURT UNDER
28 U.S.C. § 1441(a) - 2

9. Upon information and belief, there have been no further proceedings in this action. (*See* King County Superior Court docket which is attached as **Exhibit 12** to the Verification of State Court Records).

## II.  GROUNDS FOR REMOVAL

10. It appears that within the Complaint, Plaintiff alleges a Constitutional claim for a civil rights violation under 42 U.S.C. § 1983, claiming that Defendants violated her Fourteenth Amendment rights to Equal Protection and that Defendants "Negligently" abridged Plaintiff's constitutional rights.

11. A claim for a violation of constitutional rights under 42 U.S.C. § 1983 arises under and is controlled by the laws and the Constitution of the United States and therefore falls within the original jurisdiction of the United States District Court.  *See* 28 U.S.C. §§ 1331, 1343 and 1441(a).  The entire case may thus be removed to the United States District Court for determination of all issues.  *See* 28 U.S.C. § 1441(a); § 1446.

12. Defendant Seattle Police Department has filed this Notice of Removal within thirty (30) days after receipt, through service or otherwise, of a copy of Plaintiff's Complaint.  *See* 28 U.S.C. § 1446(b).

13. All properly joined and served co-Defendants consented to removal. (E-mail correspondence with co-Defendants' counsel consenting to removal, attached hereto as **Exhibit C**); *See* 28 U.S.C. § 1446(b).

14. This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending.  *See* 28 U.S.C. § 1441(a).

WHEREFORE, the City of Seattle on behalf of Defendant, Seattle Police Department, hereby gives notice that the civil action in King County Superior Court, State of Washington has

NOTICE OF REMOVAL TO FEDERAL COURT UNDER
28 U.S.C. § 1441(a) - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

been removed from that Court to the United States District Court for the Western District of Washington at Seattle.

DATED this 7th day of August, 2017.

PETER S. HOLMES
Seattle City Attorney


By:    */s/Ghazal Sharifi*
        Ghazal Sharifi, WSBA# 47750
        Assistant City Attorney

        Seattle City Attorney's Office
        701 Fifth Avenue, Suite 2050
        Seattle, WA 98104
        Phone:  (206) 684-8200
        E-mail:  Ghazal.Sharifi@seattle.gov

        *Attorney for City of Seattle on behalf of*
        *Defendant Seattle Police Department*

NOTICE OF REMOVAL TO FEDERAL COURT UNDER
28 U.S.C. § 1441(a) - 4

## CERTIFICATE OF SERVICE

I certify that on the 7th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Steven G. Wraith<br>Lee Smart, P.S., Inc.<br>1800 One Convention Place<br>701 Pike Street<br>Seattle, WA  98101<br>*Attorney for Uwajimaya, Inc.; Uwajimaya Village Owners Association; Uwajimaya Village, LLC; Uwajimaya Real Properties LLC; and EDQ-Uwajimaya Village, LLC* | Dan'L W. Bridges<br>McGaughey Bridges Dunlap, PLLC<br>3131 Western Avenue, Suite 410<br>Seattle, WA  98121<br>*Attorney for EQR Uwajimaya Village, LLC* |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Barbara Stuart Robinson
232 S. 12th Avenue
Phoenix, AZ  85007
*Plaintiff, Pro se*

*s/Autumn Derrow*
Autumn Derrow, Legal Assistant

NOTICE OF REMOVAL TO FEDERAL COURT UNDER
28 U.S.C. § 1441(a) - 5

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200